Exhibit 1



Exhibit 2



## LTE Coverage by Number of Providers - YE 2018

Based on Form 477 Dec. 2018 and 2010 Census data. Note that the number of service providers in a census block represents network coverage only. Network coverage does not necessarily reflect the number of service providers that actively offer service to individuals located in a given area.

**Published by:**

**Updated:** 02/20/2020

**Tags:**

**Share:** Bookmark | Embed

Exhibit 3

