# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

1 SOURCE TOWERS II, LLC,
a Delaware limited liability company,

      Plaintiff,

v.

CITY OF LAKELAND, a municipal corporation created by and existing under the laws of the State of Florida

      Defendant.     /

Case No.: 8:21-cv-01225-SDM-SPF

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD
### (NOT STIPULATED)

Undersigned counsel, pursuant to Local Rule 2.02, hereby moves the Court for leave to withdraw from the Action, and in support thereof states the following:

1. The undersigned attorney has accepted another position of employment with the City of Clearwater, City Attorney's Office.

2. The City of Lakeland was notified of this decision on January 3, 2023, and both the undersigned and the City have made arrangements to transfer all of the undersigned's files and cases to new attorneys.

3. The offices of Campbell, Trohn, Tamayo, & Aranda have entered appearances in this Case, and the undersigned has provided them with the complete file as well as fully briefed them on the Matter.

WHEREFORE, the undersigned Counsel respectfully requests that the Court grant leave to withdraw from the Action and to allow the offices of Campbell, Trohn, Tamayo, & Aranda to continue as lead counsel for the Defendant, City of Lakeland.

### CERTIFICATE OF SERVICE AND GOOD FAITH CONFERENCE

I HEREBY CERTIFY that on this 27th day of January, 2023, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to the following: David Blum, david@davidblumlaw.com; Mattaniah Jahn, mjahn@thelawmpowered.com. I further certify that, pursuant to the Middle District's Local Rule 3.01(g), I have conferred in good faith with opposing counsel, and the outcome of this Motion is not stipulated. It is further certified that undersigned counsel has complied with Local Rule 2.02 by providing more than fourteen days notice to the Client, City of Lakeland.

By: /s/ Jerrod D. Simpson
Jerrod D. Simpson, Esq.
Fla. Bar. 0117959
(727) 900-1990
jerdsimpson@gmail.com