## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

1 SOURCE TOWERS II, LLC,
a Delaware limited liability company,

      Plaintiff,

v.                                                    Case No.:  8:21-cv-01225-SDM-SPF

CITY OF LAKELAND, a municipal
corporation created by and existing
under
the laws of the State of Florida

      Defendant.

_____/

### DEFENDANT CITY OF LAKELAND AND NON-PARTY CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS' JOINT UNOPPOSED MOTION TO DEEM DOCUMENTS CONFIDENTIAL

Defendant, City of Lakeland ("City"), and non-party, Cellco Partnership d/b/a Verizon Wireless ("Verizon"), by and through undersigned counsel, jointly move the Court for entry of an order deeming documents stamped confidential to be confidential and exempt from disclosure absent permission from Verizon or further court order and in support thereof, state:

1.      On or about August 5, 2022, the City served Verizon with a Subpoena Duces Tecum (the "Subpoena").  A true and accurate copy of the Subpoena is attached hereto as Exhibit A.

2.      Verizon timely served written objections to the requests contained in

the Subpoena, and following conferral with the City regarding those objections and the scope of the requests, Verizon began producing documents on a rolling basis.

3.     To date, Verizon asserts that it has produced nearly all documents responsive to the requests that could be located after a reasonable search, and that the remaining responsive documents to be produced contain confidential, proprietary data and information.

4.     The City is subject to public disclosure laws, but disclosure of the documents containing confidential information to the public, including Verizon's competitors, is substantially likely to cause injury to Verizon.

5.     The City has agreed to allow Verizon to designate the remaining documents confidential and to protect the documents so designated from disclosure to any person or entity other than the City and its counsel absent Verizon's written consent or further court order.

6.     However, to further protect both the City and Verizon, movants seek an order from the Court deeming the documents designated confidential to be confidential and therefore exempt from disclosure to any person or entity other than the City and its counsel absent Verizon's written consent or further court order.

## Local Rule 3.01(g) Certification

Counsel for the City has conferred with counsel for Plaintiff, who does not oppose the relief requested herein.

WHEREFORE, Defendant City of Lakeland and non-party Cellco Partnership d/b/a Verizon Wireless respectfully request the Court enter an order deeming documents stamped "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" produced by Verizon to be confidential and exempt from disclosure to any person or entity other than the City and its counsel absent Verizon's written consent or further court order.

**CAMPBELL TROHN TAMAYO & ARANDA**
*/s/ John Marc Tamayo*
JONATHAN B. TROHN
Florida Bar No. 0880558
j.trohn@cttalaw.com
s.strickland@cttalaw.com
JOHN MARC TAMAYO
Florida Bar No. 030910
j.tamayo@cttalaw.com
m.cunningham@cttalaw.com
EDWARD B. KERR
Florida Bar No. 1018861
e.kerr@cttalaw.com
1701 South Florida Avenue
Lakeland, Florida 33803
(863) 686-0043 (phone)
(863) 616-1445 (facsimile)
Co-counsel for Defendant

*/s/ S. Elizabeth King*
Tirso M. Carreja, Jr., Esq.
FBN: 0090816
S. Elizabeth King, Esq.
FBN:  122031
Primary E-mails:
tcarreja@shutts.com
eking@shutts.com
Secondary E-mails:
abaity@shutts.com
 doneal@shutts.com
**SHUTTS & BOWEN LLP**
4301 W. Boy Scout Blvd., Suite 300
Tampa, FL 33607
Tel:  (813) 229-8900
Fax: (813) 229-8901
*Counsel for Cellco Partnership d/b/a Verizon Wireless*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 30th day of January, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the foregoing document is being served this day on all counsel of record identified on the CM/ECF system and transmitted in accordance with CM/ECF requirements.

CAMPBELL TROHN TAMAYO &
ARANDA

/s/ *John Marc Tamayo*
JONATHAN B. TROHN
Florida Bar No. 0880558
j.trohn@cttalaw.com
s.strickland@cttalaw.com
JOHN MARC TAMAYO
Florida Bar No. 030910
j.tamayo@cttalaw.com
m.cunningham@cttalaw.com
EDWARD B. KERR
Florida Bar No. 1018861
e.kerr@cttalaw.com
1701 South Florida Avenue
Lakeland, Florida 33803
(863) 686-0043 (phone)
(863) 616-1445 (facsimile)
Co-counsel for Defendant