UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

1 SOURCE TOWERS, II, LLC,
a Delaware limited liability company,

        Plaintiff,

vs.                              Case No.: 8:21-CV-01225-SDM-SPF

CITY OF LAKELAND, a municipal
Corporation created by and existing under
The laws of the State of Florida,

        Defendant.
_____/

**DEFENDANT'S NOTICE OF TAKING DEPOSITION**

Please take notice that the undersigned attorneys will take the deposition of the following witness, before Wasilewski Court Reporting, court reporters, or any other person duly authorized to administer oaths, who is not of counsel to either of the parties or interested in the event of the cause, at the date, time, and location indicated below:

| NAME | DATE & TIME | LOCATION |
|---|---|---|
| Verizon's 30(b)(6) Corporate Representative with the most knowledge as contained in Exhibit "A" attached hereto.<br><br>(*To be produced*) | March 8, 2023<br>9:00 a.m. | Via Zoom[1] |

This deposition is being taken for purposes of discovery, for use at trial and for such other purposes as are permitted under the Florida Rules of Civil Procedure. The deposition shall continue from day to day until completed.

---

[1] Instructions for participation in the deposition via ZOOM video conference will be provided under separate cover upon receipt from Wasilewski Court Reporting.

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 23rd day of February, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that the foregoing document is being served this day on all counsel of record identified on the CM/ECF system and transmitted in accordance with CM/ECF requirements.

                **CAMPBELL TROHN TAMAYO & ARANDA**

/s/ John Marc Tamayo
JOHN MARC TAMAYO
Florida Bar No. 030910
J.tamayo@cttalaw.com.
m.cunningham@cttalaw.com
JONATHAN B. TROHN
Florida Bar No. 0880558
j.trohn@cttalaw.com
s.strickland@cttalaw.com
EDWARD B. KERR
Florida Bar No. 1018861
E. Kerr@cttalaw.com
Post Office Box 2369
Lakeland, Florida 33806-2369
Tel:  (863) 686-0043
Fax: (863) 616-1445
Counsel for Defendant

**Exhibit "A"**

30(b)(6) Corporate Rep. that can speak to development and publication of search rings; with knowledge of the Subject Property at 1800 Harden Blvd.; the negotiation process with third party tower developers and specifically One Source Towers; as well as cellular coverage capabilities in the City of Lakeland and marketing of that coverage to customers and potential customers in the City.