UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

1 SOURCE TOWERS II, LLC,

    Plaintiff,

v.                                                CASE NO. 8:21-cv-1225-SDM-SPF

CITY OF LAKELAND, FLORIDA,

    Defendant.
_____/

## ORDER

    The defendant moves (Doc. 60) for leave for Edward B. Kerr and John Marc Tamayo to bring electronics into the courthouse on each day of the trial. The motion is **GRANTED-IN-PART**. On December 18, 2023, and December 19, 2023, Edward B. Kerr may enter the courthouse with a laptop, a cell phone, and any necessary power cord, and John Marc Tamayo may enter the courthouse with a cell phone.

    ORDERED in Tampa, Florida, on December 15, 2023.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE